E-filing

FILED

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2
3  Name JOHNSON, ERIC LANE
4        (Last)         (First)         (Initial)
5  Prisoner Number _____
6  Institutional Address _____
7  _____
8  ═══════════════════════════════════════

9          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10
11  (Enter the full name of plaintiff in this action.)
12              vs.                           Case No. _____
                                              (To be provided by the clerk of court)
13
14                                            **COMPLAINT UNDER THE**
                                              **CIVIL RIGHTS ACT,**
15                                            **42 U.S.C §§ 1983**
16
17  (Enter the full name of the defendant(s) in this action)

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*
19  I.     Exhaustion of Administrative Remedies
20         [**Note:** You must exhaust your administrative remedies before your claim can go
21         forward. The court will dismiss any unexhausted claims.]
22         A.    Place of present confinement  SAN MATEO CO. JAIL
23         B.    Is there a grievance procedure in this institution?
24                    YES ( )     NO (✓)
25         C.    Did you present the facts in your complaint for review through the grievance
26               procedure?
27                    YES ( )     NO (✓)
28         D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                        - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal <u>LINES 1 THROUGH 4 DOES NOT APPLY TO THIS MATTER, THIS ISSUE APPLIES TO AN OUTSIDE AGENCY.</u>

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (X) <u>BECAUSE IT DIDN'T APPLY</u>

F. If you did not present your claim for review through the grievance procedure, explain why. <u>BECAUSE THIS ISSUE IS WITH THE EAST PALO ALTO POLICE DEPARTMENT</u>

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
<u>ERIC JOHNSON #2E5749</u>
<u>300 BRADFORD ST.</u>
<u>REDWOOD CITY, CA, 94063</u>

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
<u>#2124 BRIHAN, KALB - EAST PALO ALTO POLICE DEPT.</u>
<u>#2106 JEFF, LIU - EAST PALO ALTO POLICE DEPT.</u>

COMPLAINT                     - 2 -

1
2
3
4 III.  Statement of Claim
5     State here as briefly as possible the facts of your case. Be sure to describe how each
6 defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7 cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8 numbered paragraph.
9 On April 7, 2008 in East Palo Alto Ca., I
10 was awaken at approximately 6:00 am
11 while sleeping in my van parked in
12 front of a friends house by officer/
13 detective Jeff, Liu (badge #2106), Officer
14 Stephen, Kalo (badge #2124) and other offi-
15 cers of the East Palo Alto Police Depart-
16 ment. I was told to exit my van with
17 guns drawn on me, I was questioned, then
18 read my rights, immediately place in cuffs
19 then in a patrol car while watching my
20 van being torn apart, I was then
21 rushed to the East Palo Alto sub station
22 IV.  Relief
23     Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24 you want the court to do for you. Make no legal arguments; cite no cases or statutes.
25 I would like for the courts to make sure
26 that I'm compensated for the # of days
27 I'm falsely imprisoned for, my mental
28 anguish/stress, the amount I paid for

COMPLAINT            - 3 -

P.92

III CONT.

STATEMENT OF CLAIM:

WHERE I WAS QUESTIONED BY OFFICER JEFF, LIU (BADGE # 2106) ABOUT MY WHEREABOUTS ON THE NIGHT OF 4-7-08 BUT BEFORE I ANSWERED ANY QUESTIONS I ASKED HIM WHY WAS I WOKE UP & BROUGHT HERE FOR, HE INFORMED ME THAT THERE HAD BEEN A SHOOTING & THAT I SUPPOSED TO HAD BEEN THE SHOOTER AND THE PERSON WHO HAD SHOT A PERSON THAT GOT SHOT THE PREVIOUS NIGHT.

I TOLD HIM WHERE I WAS AT THE TIME OF THE SHOOTING WHICH WAS NOWHERE NEAR WHERE THE INCIDENT OCCURED, THEY NEVER FOUND A GUN OR ANY EVIDENCE AND AFTER BEING INTERVIEWED I WAS THEN TESTED FOR (G.S.R.) BY OFFICER STEPHEN KALB (BADGE # 2124) THAT'S WHEN I JUST KNEW I WAS GOING TO BE RELEASED BECAUSE I DON'T & CAN'T AND HAVE NEVER OWNED A GUN, LET ALONE BEING THE PERSON RESPONSIBLE FOR THIS SHOOTING THEY WERE QUESTIONING ME ABOUT. BUT INSTEAD OF ME BEING RELEASED I WAS CHARGED FOR "ATTEMPTED MURDER" AND BOOKED IN R.W.C. Co. JAIL WITHOUT BAIL, I'VE BEEN INCARCERATED EVER SINCE, ALL IN SPITE OF EVIDENCE LINKING ME TO THIS VIOLENT CRIME & NOT BEING THE PERSON WHO DID THIS, THE CASE WAS "DROPPED" ON 6-24-08 ON 6-25-08 THE VERY NEXT DAY, THE CASE WAS

PG.3

III CONT.

STATEMENT OF CLAIM:
REFILED, I WAS RE-BOOKED ON THE SAME EXACT CHARGES AND NOW I AWAIT MORE COURT DATES ON THE SAME FALSE CHARGES.

MY VAN ($1,200.00) WHICH HAS BEEN IMPOUNDED DUE TO ME BEING ILLEGALY IMPRISONED AND I'D LIKE FOR MY CHILDREN TO KNOW THAT I'M NOT WHO THE NEWSPAPER SAID I WAS- I WANT THAT GAIN BACK WITH MY KIDS

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7-14 day of July, 2008

_____
(Plaintiff's signature)

COMPLAINT                                    - 4 -



To United States District Court
450 Golden Gate Av. Box 36063
San Francisco, Ca. 94102

RECEIVED
08 JUL 10 PM 12:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA