FILED
E-filing  08 JUL 16 AM 11: 07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  3430 MMC

Eric L. Johnson,
  Plaintiff,

vs.

East Palo Alto Police Department,
  Defendant.

CASE NO. E08-098-01 (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Eric Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?            Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  UNEMPLOYED
4  _____
5  _____

6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.    Business, Profession or                Yes ___ No  X
9           self employment
10    b.    Income from stocks, bonds,              Yes ___ No  ✓
11          or royalties?
12    c.    Rent payments?                          Yes ___ No  X
13    d.    Pensions, annuities, or                 Yes ___ No  X
14          life insurance payments?
15    e.    Federal or State welfare payments,      Yes ___ No  X
16          Social Security or other govern-
17          ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.    Are you married?                          Yes ___ No  X
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.    a.    List amount you contribute to your spouse's support:$ _____
28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1        and indicate how much you contribute toward their support. (NOTE: For minor
2        children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3     _____
4     _____
5     5.     Do you own or are you buying a home?     Yes ___ No _X_
6     Estimated Market Value: $_____ Amount of Mortgage: $_____
7     6.     Do you own an automobile?     Yes ___ No _X_
8     Make _____ Year _____ Model _____
9     Is it financed? Yes ____ No ____ If so, Total due: $ _____
10    Monthly Payment: $ _____
11    7.     Do you have a bank account? Yes ___ No _✓_ (Do not include account numbers.)
12    Name(s) and address(es) of bank: _____
13    _____
14    Present balance(s): $ _____
15    Do you own any cash? Yes ___ No _X_ Amount: $ _____
16    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17    market value.) Yes ___ No _X_
18    _____
19    8.     What are your monthly expenses?
20    Rent: $ __N/A__        Utilities: __N/A__
21    Food: $ __N/A__        Clothing: __N/A__
22    Charge Accounts:
23    Name of Account        Monthly Payment        Total Owed on This Acct.
24    __N/A__     $ __N/A__     $ __N/A__
25    __N/A__     $ __N/A__     $ __N/A__
26    __N/A__     $ __N/A__     $ __N/A__
27    9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
28    they are payable. Do not include account numbers.)

1   NONE

2

3   10.  Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?  Yes ___  No  X
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.

7

8

9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.

13
14  7/7/08                                        (signature)
15        DATE                                     SIGNATURE OF APPLICANT

Case Number: \_\_C08 0730\_\_

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **ERIC JOHNSON** for the last six months at **MAGUIRE CORRECTIONAL FACILITY** where (s)he is confined.
[prisoner name]
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **576.65** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **576.65**.

Dated: **7-7-08**            **E. McKeun #27**
                  [Authorized officer of the institution]

- 5 -

MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

21:38:14  02 Jul 2008

ID NUMBER: 285749

INMATE: JOHNSON, ERIC

```
                          DEPOSIT OR
   DATE     TIME  RECEIPT <WITHDRAW>   BALANCE   AUTHORIZATION
 ---------  ----- -------  ----------  ---------- --------------
 07 Apr 08  13:30 1641657       0.00        0.00  RCS/ NEW BOOKING
 09 Apr 08  12:34 1422722      20.00       20.00  SS/ JUNIOR
 10 Apr 08  05:56 1422790      20.00       40.00  RS/MO 5756644864
                                                    3
 10 Apr 08  05:57 1422791     356.65      396.65  RS/MO 5756644444
                                                    1
 11 Apr 08  05:37 2276854    <56.30>      340.35  COMMISSARY
 16 Apr 08  05:46 2019697    <55.00>      285.35  COMMISSARY
 18 Apr 08  05:48 2019773    <59.40>      225.95  COMMISSARY
 23 Apr 08  05:50 2190664    <35.00>      190.95  COMMISSARY
 25 Apr 08  05:40 2277888    <52.90>      138.05  COMMISSARY
 30 Apr 08  05:58 2020017    <34.90>      103.15  COMMISSARY
 30 Apr 08  12:24       0     <9.00>       94.15  MEDICAL
 02 May 08  05:45 2191437    <41.60>       52.55  COMMISSARY
 06 May 08  13:38 1425661      70.00      122.55  DN/ARTIE
 07 May 08  05:42 2191913    <32.50>       90.05  COMMISSARY
 09 May 08  04:34 2192251    <22.80>       67.25  COMMISSARY
 14 May 08  06:01 2192802    <30.90>       36.35  COMMISSARY
 16 May 08  05:57 2192960     <4.30>       32.05  COMMISSARY
 21 May 08  06:09 2193322    <31.80>        0.25  COMMISSARY
 23 May 08  05:51 2193485     <0.20>        0.05  COMMISSARY
 03 Jun 08  06:17 1428591      15.00       15.05  RCS/MO#R10154985
                                                    5044   JEA JEA
 04 Jun 08  05:52 2194266    <14.60>        0.45  COMMISSARY
 06 Jun 08  05:53 2280589     <0.40>        0.05  COMMISSARY
 10 Jun 08  05:53 1429387      25.00       25.05  MO 5750779076/VC
                                                    C
 11 Jun 08  06:07 2280882    <25.00>        0.05  COMMISSARY
 25 Jun 08  22:13 1431123      50.00       50.05  CO: MOHAMAD
 27 Jun 08  05:51 2282243    <49.90>        0.15  COMMISSARY
 01 Jul 08  13:12 1431692      20.00       20.15  RS/ MANESS
 02 Jul 08  05:48 2282542    <20.00>        0.15  COMMISSARY
```