IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. JOHNSON, | No. C-08-3430 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| STEPHEN KALB, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Case Management Conference Statement, filed April 28, 2011.

In the Statement, as well as in a separately-filed letter, plaintiff requests a continuance. Good cause appearing for a brief further extension of time to enable plaintiff to locate counsel, the Court hereby CONTINUES the Case Management Conference from May 6, 2011 to June 10, 2011.

No additional Case Management Conference Statement need be filed unless new counsel has been retained, in which case an updated Joint Case Management Conference Statement shall be filed no later than June 3, 2011.

**IT IS SO ORDERED.**

Dated: May 3, 2011

MAXINE M. CHESNEY
United States District Judge