UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON, | No. C 08-03430 MMC (JCS) |
| Plaintiff(s), | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| STEPHEN KALB, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated July 18, 2011, Officers Stephen Kalb and Jeff Liu requested to be excused from personally appearing at the settlement conference scheduled for August 1, 2011. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, IT IS HEREBY ORDERED that Officers Stephen Kalb and Jeff Liu shall be available by telephone from 9:30 a.m., Pacific Standard Time until further notice on August 1, 2011.

If the Court concludes that the absence of Officers Stephen Kalb and Jeff Liu are interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including .

IT IS SO ORDERED.

Dated: July 25, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge