1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   PATRICK R. CO, ESQ. BAR #: 200160
2  CLAPP, MORONEY, BELLAGAMBA,
   VUCINICH, BEEMAN and SCHELEY
3  A PROFESSIONAL CORPORATION
   1111 Bayhill Drive, Suite 300
4  San Bruno, CA  94066
   (650) 989-5400  (650) 989-5499 FAX
5
   Attorneys for Defendants
6  STEPHEN KALB and JEFF LIU

7

8               UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT DISTRICT OF CALIFORNIA

10

11 | ERIC L. JOHNSON,              | CASE NO.: C08-3430 MMC
12 |         Plaintiff,            | STIPULATION AND [proposed] ORDER
   |                               | TO DISMISS CASE WITH PREJUDICE
13 | v.                            |
14 | STEPHEN KALB #2124; JEFF LIU #2106, | AND ORDER THEREON
15 |         Defendants.           |

16

17

18 The parties, hereby stipulate:

19       1.     That plaintiff ERIC L. JOHNSON has settled this matter with defendants STEPHEN

20 KALB and JEFF LIU.

21       2.     That the settlement required that plaintiff ERIC L. JOHNSON dismiss the case in its

22 entirety with prejudice against defendants STEPHEN KALB AND JEFF LIU.

23       3.     That the Court enter a Dismissal with Prejudice as to defendants STEPHEN KALB and

24 JEFF LIU.

25 ///

26 ///

27 ///

28 ///

STIPULATION AND [proposed] ORDER TO DISMISS CASE          G:\Data\DOCS\0160\04338\Stip-D
WITH PREJUDICE CASE NO.: C08-3430 MMC                     ismissal

IT IS SO STIPULATED.

DATED: August 5, 2011        By: _____
                                  Plaintiff in Pro Per, ERIC L. JOHNSON


DATED: August 8, 2011        CLAPP, MORONEY, BELLAGAMBA
                             and VUCINICH


                             By: _____
                                  PATRICK R. CO
                                  Attorneys for Defendants
                                  STEPHEN KALB; JEFF LIU


## ORDER

The parties hereto, having advised the court by written notice of settlement, that they have agreed to a settlement of this cause, and the parties having stipulated to, IT IS HEREBY ORDERED that this case is dismissed **with** prejudice in its entirety.

DATED: August 23, 2011       By: _____
                                  HON. MAXINE M. CHESNEY
                                  U.S. DISTRICT COURT JUDGE